David Lopez (DL-6779)
LAW OFFICE OF DAVID LOPEZ
171 Edge of Woods Rd. | P.O. Box 323
Southampton, NY 11969
631.287.5520 | DavidLopezEsq@aol.com

Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A
New York, NY 10075
323-790-4881| MiriamTauberLaw@gmail.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DENNIS J. DONOGHUE, <br><br> Plaintiff, <br><br> - v. - <br><br> ERNEXA THERAPEUTICS INC. *(f/k/a: ETERNA THERAPEUTICS INC.)*, <br><br> Nominal Defendant, <br><br> - and - <br><br> CHARLES CHERINGTON, <br><br> Defendant. | Case No. 25-cv-8653 <br><br> **COMPLAINT** <br><br> **FOR RECOVERY OF SHORT SWING PROFITS UNDER §16(b) OF THE SECURITIES EXCHANGE ACT, 15 U.S.C. § 78p(b)** <br><br> ***JURY TRIAL DEMANDED*** |

**DENNIS J. DONOGHUE**, by David Lopez, Esq., and Miriam Tauber, Esq., his attorneys, complaining of the Defendant, respectfully alleges the following upon information and belief, except as to ¶2, which Plaintiff alleges on personal knowledge:

## JURISDICTION:

1.       This action arises under the provisions of §16(b) of the Securities Exchange Act of 1934, as amended (the "Act"), 15 U.S.C. §78p(b), and jurisdiction is conferred upon this Court by §27 of the Act, 15 U.S.C. §78aa.

**THE PARTIES:**

2.    Plaintiff is a security owner of Ernexa Therapeutics Inc. ("ERNEXA") (f/k/a: Eterna Therapeutics Inc.) a Delaware corporation with principal offices at 1035 Cambridge Street - Suite 18A, Cambridge Massachusetts 02141.

3.    At all times relevant the common stock of ERNEXA (or formerly Eterna) was registered under §12(b) of the Act, 15 U.S.C. §78*l*, and its shares were and are traded on the NASDAQ Stock Market, LLC, a National Securities Exchange located within this District.

4.    This action is brought in the right and for the benefit of ERNEXA which is named as a Nominal Defendant solely to have all necessary parties before the Court.

5.    At all times relevant, Charles Cherington ("CHERINGTON") was a more than 10% beneficial owner of ERNEXA.

6.    CHERINGTON has an office or may be found at 200 Berkley Street – 26th Floor, Boston Massachusetts 02116.

**STATUTORY REQUISITES:**

7.    The violations of §16(b) of the Act to be described herein involve non-exempt securities in non-exempt transactions engaged in by a non-exempt person within the meaning of the Act and of related rules and regulations.

8.    Demands for prosecution was made on ERNEXA by email on or about April 8, 2025. ERNEXA responded through counsel indicating it would not bring suit to recover on its own behalf. More than 60 days have expired since such demand and further delay in instituting suit would be futile.

9.    This action is brought within two years of the occurrence of the violations to be described herein or within two years of the time when reports required by 15 U.S.C. §78p(a) setting

forth the substance of the transactions here complained of were first filed with the Securities &

Exchange Commission ("SEC").

**FIRST CLAIM FOR RELIEF:**

10.    On October 29, 2024, CHERINGTON sold or is deemed to have sold:

i) 3,125,976 shares of the common stock of Eterna Therapeutics Inc (subsequently renamed ERNEXA) through the surrender of $3,000,000 face amount of 12% Senior Convertible Notes Due December 12, 2028 (the extinguishment of a call equivalent position) for value.

ii) 1,237,762 shares of the common stock of Eterna Therapeutics (subsequently renamed ERNEXA) through the surrender of 6% Senior Convertible Promissory Notes due 2028 (the extinguishment of a call equivalent position for value).

iii) 523,512 shares of the common stock of Eterna Therapeutics (subsequently renamed ERNEXA) through the sale of 523,512 warrants (right to buy), (the extinguishment of call equivalent positions for value).

iv) 2,475,524 shares of the common stock of Eterna Therapeutics (subsequently renamed ERNEXA) through the sale of 2,475,524 warrants (right to buy) (the extinguishment of a call equivalent position).

v) 3,125,976 shares of the common stock of Eterna Therapeutics (subsequently renamed ERNEXA) through the sale of 3,125,976 warrants (rights to buy) (the extinguishment of call equivalent positions for value).

11.    The sales or deemed sales of October 29, 2024, were pursuant to a written

agreement executed on September 24, 2024, but conditioned on the obtaining of shareholder

approval and other conditions precedent which were not satisfied until October 29, 2024.

12.    On April 2, 2025, within less than six months of the sales aforesaid,

CHERINGTON purchased 3,768,397 shares of the common stock of ERNEXA at lower prices

than realized on the sales.

13.    Profits realized by CHERINGTON from the short swing transactions described

above may be estimated by reference to the market price of the underlying price of Ernexa common

stock on the dates of the sales of notes and warrants (closing price of $1.10/share, on October 29, 2024), and purchase of common stock (closing price of $0.19/share, on April 2, 2025), pursuant to SEC Rule 16b-6(c)(2), 17 C.F.R. §240.16b-6.

14.     CHERINGTON realized short-swing profits in amounts presently unknown to the Plaintiff and estimated pursuant to Rule 16b-6(c)(2) at an excess of $2,000,000. These profits belong to ERNEXA and are recoverable by Plaintiff on its behalf and for its benefit, ERNEXA having failed to do so on its own behalf.

**SECOND CLAIM FOR RELIEF:**

15.     This Second Claim for Relief is a precaution against possible errors of detail attributable to inaccuracies in the public record or to the discovery of additional trades during the course of this action.

16.     CHERINGTON, during periods not barred by the statute of limitations measured from the date of the filing of this complaint, purchased and sold or sold and purchased equity securities or equity security equivalents of ERNEXA within periods of less than six months of each other while a more than 10% beneficial owner of ERNEXA including but not limited to the transactions pleaded in the First Claim for Relief, which purchases were at prices lower than the sales.

17.     By reason of such purchases and sales or sales and purchases of its equity securities or equity security equivalents within periods of less than six months while an insider of ERNEXA, CHERINGTON realized profits, the exact amounts thereof being unknown to Plaintiff, which profits inure to the benefit of, and are recoverable by Plaintiff on behalf and for the benefit of, ERNEXA.

**WHEREFORE**, Plaintiff demands judgment:

a. Requiring CHERINGTON to account for and to pay over to ERNEXA all short swing profits realized and retained by him in violation of §16(b) of the Act, together with appropriate interest and the costs of this suit;

b. Awarding to Plaintiff his costs and disbursements including reasonable attorney's, accountant's and expert witness fees, and

c. Granting to Plaintiff such other or different and further relief as the Court may deem just and proper.

Dated: Southampton, New York
        October 19, 2025

                         Yours, etc.

                         */s/ David Lopez*

                         _____

                         David Lopez, Esq. (DL-6779)
                         Miriam Tauber, Esq. (MT-1979)

                         *Attorneys for Plaintiff*